ROBERT L. FORKNER (CSB#1066097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone: (209) 544–0200
Fax:       (209) 544-1860

Attorney for Defendant
RIGOBERTO OSEGUERA-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-cr-00310 FCD |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | |
| RIGOBERTO OSEGUERA-PEREZ ) | |
| Defendants. ) | |

    The defendant, RIGOBERTO OSEGUERA-PEREZ, through his attorney ROBERT L. FORKNER, and the United States, through its counsel, Assistant United States Attorney TODD DAVID LERAS, hereby stipulate and request the following:

    That the Court continue the status conference in the above-captioned case from December 14, 2009, to **January 19, 2010, at 10:00 a.m.**

    The defense counsel has a scheduling conflict with the current scheduled date. Further, this continuance is requested because defense counsel needs additional time to prepare, including reviewing discovery, identifying and

1

interviewing potential witnesses, conducting legal research, and identifying potential motions to be filed.

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from December 14, 2009 through January 19, 2010, for case resolution under 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) (local code T4).

Respectfully submitted,

Dated: December 8, 2009

/s/ Robert L. Forkner
ROBERT L. FORKNER
Attorney for Defendant
RIGOBERTO OSEGUERA-PEREZ

Dated: December 8, 2009

/s/ Todd David Leras
TODD DAVID LERAS
Assistant United States Attorney

## **ORDER**

**IT IS SO ORDERED.** For the reasons stated above, the Court finds that the needs of defense counsel to prepare outweigh the public and the defendants' interest in a speedy trial, and therefore the date, change of hearing, and exclusion of time are in the interest of justice.

Dated: December 9, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2