BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2918

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RIGOBERTO OSEGUERA PEREZ, <br><br> Defendant. | CR. NO. 2:09-CR-0310 FCD <br><br> STIPULATION AND ORDER TO RESET BRIEFING SCHEDULE <br><br> Date: May 14, 2010 <br> Time: 10:00 a.m. <br> Court: Hon. Frank C. Damrell, Jr. |

The United States of America and the defendant Rigoberto Oseguera Perez stipulate and agree to the following revised schedule regarding the defendant's Motion to Suppress Evidence currently set for hearing on May 14 2010 at 10:00 a.m.:

1. Government's Opposition brief shall be filed no later than April 29, 2010;

2. Defendant's Reply Brief, if any, shall be filed no later than May 6, 2010.

The parties are attempting to maintain the current hearing date. Both sides are aware of new information relating to the police officers who conducted the traffic stop at issue in this case. The government needs additional time to research and prepare its opposition brief in light of this new information. Accordingly,

1

the parties request to revise the initially agreed upon briefing schedule. Attorney Robert L. Forkner has authorized Assistant U.S. Attorney Todd D. Leras to sign this stipulation on his behalf.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: April 22, 2010          By: /s/ Todd D. Leras
                                   TODD D. LERAS
                                   Assistant U.S. Attorney


DATED: April 22, 2010          By: /s/ Todd D. Leras
                                   ROBERT L. FORKNER
                                   Attorney for Defendant

## ORDER

It is hereby ordered that the revised briefing schedule is adopted. The government's opposition brief is due no later than April 29, 2010. Defendant's reply brief, if any, shall be filed no later than May 6, 2010.

The court sets a Status Conference on defendant's Motion to Suppress Evidence for **Monday, May 10, 2010 at 10:00 a.m.** in Courtroom #2.

DATED: April 22, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE