BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2918

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. RIGOBERTO OSEGUERA PEREZ, Defendant. | CR. NO. 2:09-CR-0310 FCD<br>STIPULATION AND ORDER TO RESET BRIEFING SCHEDULE<br>Date: July 23, 2010<br>Time: 10:00 a.m.<br>Court: Hon. Frank C. Damrell, Jr. |

The United States of America and the defendant Rigoberto Oseguera Perez stipulate and agree to the following revised schedule regarding the defendant's Motion to Suppress Evidence (the "Suppression Motion") and Motion to Dismiss the Indictment or Suppress Evidence Based on Equal Protection and Due Process Violations" (the "Equal Protection Motion") currently set for evidentiary hearing on July 23, 2010 at 10:00 a.m.:

1. Government's Opposition brief to the Equal Protection Motion shall be filed no later than August 6, 2010;

2. Defendant's Reply Brief, if any, shall be filed no later than September 3, 2010.

3. A non-evidentiary hearing on the Motion to Suppress and the Equal Protection Motion shall be set for September 10, 2010, at 10:00 a.m.

1  4. An evidentiary hearing (if the Court deems it necessary to resolve the pending motions) shall be held on November 2, 2010, at 9:00 a.m. through November 5, 2010 at noon.

Furthermore, the parties jointly request that time be excluded under the Speedy Trial Act (18 U.S.C. § 3161(h)(7)(B)(iv) and 3161(h)(1)(D) and Local Codes T4 (attorney preparation) and E (pending pre-trial motion) from July 23, 2010, through September 10, 2010. The exclusion of time is based on the complexity of the factual and legal issues raised by the Equal Protection Motion. The Equal Protection Motion requires the review of voluminous documents totaling at least 1,500 pages of various police reports and related documents. Attorney Robert L. Forkner has authorized Assistant U.S. Attorney Todd D. Leras to sign this stipulation on his behalf.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: July 15, 2010      By: /s/ Todd D. Leras
                              TODD D. LERAS
                              Assistant U.S. Attorney

DATED: July 15, 2010      By: /s/ Todd D. Leras
                              ROBERT L. FORKNER
                              Attorney for Defendant

**ORDER**

It is hereby ordered:

1. The evidentiary hearing set for July 23, 2010 is vacated.

2. The revised briefing schedule proposed by the parties is adopted.

3. A non-evidentiary hearing on Defendant's motions is set for September 10, 2010, at 10:00 a.m.

4. Based on the parties' representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act (18 U.S.C. § 3161(h)(7)(B)(iv) and 3161 (h)(1)(D); and Local Code T-4 and E) shall be excluded up to and including September 10, 2010.

5. An evidentiary hearing on the pending motions (if necessary) is scheduled for November 2 through November 5, 2010.

DATED: July 16, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE