```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Ste 10-100
    Sacramento, CA 95814
 4  Telephone (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RIGOBERTO OSEGUERA PEREZ, <br><br> Defendant. | NO. 2:09-cr-00310 KJM <br><br> STIPULATION AND ORDER TO SET STATUS CONFERENCE <br><br> Date: March 24, 2011 <br> Time: 10:00 a.m. <br> Court: Hon. Kimberly J. Mueller |

The United States of America and defendant Rigoberto Oseguera Perez, through his attorney Robert L. Forkner, stipulate and agree to set this matter for a status conference on March 24, 2011 at 10:00 a.m.  There are presently two motions pending before the Court:

    1.    Defendant's Motion to Suppress Evidence (the "Suppression Motion"); and

    2.    Defendant's Motion to Dismiss the Indictment Based on Equal Protection and Due Process Violations (the "Equal Protection Motion").

This matter was originally assigned to Senior United States District Judge Frank C. Damrell, Jr.  The parties briefed the

Suppression Motion and the Equal Protection Motion and an evidentiary hearing has been continued on two previous occasions. On November 22, 2010, at defendant's request, an evidentiary hearing was scheduled to commence before Judge Damrell on April 5, 2011. Thereafter, on January 20, 2011, Chief Judge Anthony W. Ishii issued an order re-assigning this matter to United Stated District Judge Kimberly J. Mueller for all purposes.

The parties have discussed potential resolution of the case prior to commencing an evidentiary hearing. Both sides are therefore requesting a status conference. The purpose of setting the status conference is to expedite settlement discussions and to confer with the Court regarding the status and scheduling of the pending motions in light of re-assignment of the matter from Judge Damrell to Judge Mueller. Counsel for both parties are available if the Court consents to setting the status conference on March 24, 2011.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: March 17, 2011        By: /s/ Todd D. Leras
                             TODD D. LERAS
                             Assistant U.S. Attorney


DATED: March 17, 2011        By: /s/ Todd D. Leras for
                             ROBERT L. FORKNER
                             Attorney for Defendant

**ORDER**

It is hereby ordered that this matter is set for a status conference on March 24, 2011, at 10:00 a.m.

DATED: March 18, 2011.

_____
UNITED STATES DISTRICT JUDGE