ROBERT L. FORKNER (CSB#1066097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:   (209) 544-0200
Fax:         (209) 544-1860

Attorney for Defendant
RIGOBERTO OSEGUERA-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:09-cr-00310 KJM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| RIGOBERTO OSEGUERA-PEREZ, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The defendant, RIGOBERTO OSEGUERA-PEREZ through his attorney ROBERT L. FORKNER, and the United States, through its counsel, Assistant United States Attorney TODD LERAS, hereby stipulate and request the following:

1.) That the Court change the status conference in the above-captioned case from May 26, 2011, to June 23, 2011, at 10:00 a.m. for possible Entry of Plea.

2.) The parties are in on going settlement negotiations.  The government submitted a proposed plea

1

agreement on Friday, May 20, 2011 and defense counsel needs additional time to review the plea agreement with the defendant and a certified interpreter.

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from May 26, 2011 through June 23, 2011, for case resolution under 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) (local codes T2 and T4).

Respectfully submitted,

Dated: May 24, 2011

/s/ Robert L. Forkner
ROBERT L. FORKNER
Attorney for Defendant
RIGOBERTO OSEGUERA-PEREZ

Dated: May 24, 2011

/s/ Todd Leras
TODD LERAS
Assistant U.S. Attorney

2

## ORDER

IT IS SO ORDERED. The status conference set May 26, 2011 is vacated and reset for June 23, 2011 at 10:00 a.m. For the reasons stated above, the Court finds that the needs of defense counsel to prepare outweigh the public and the defendant's interest in a speedy trial, and therefore the date, change of hearing, and exclusion of time are in the interest of justice.

Dated:  May 24, 2011.

_____
UNITED STATES DISTRICT JUDGE