1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2918

5

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )
                                ) 2:09-cr-00310 KJM
12           Plaintiff,         )
                                ) STIPULATION AND ORDER
13                              ) REGARDING CONTINUANCE
        v.                      ) OF STATUS CONFERENCE
14                              )
   RIGOBERTO OSEGUERA-PEREZ,    )
15                              )
             Defendant.         )
16 _____)

17      This matter came before the Court for status conference on
18 July 28, 2011.  The United States was represented by Assistant
19 United States Attorney Todd D. Leras.  Defendant Rigoberto
20 Oseguera-Perez was personally present and represented by Attorney
21 Robert L. Forkner.
22      The parties informed the Court that they have a scheduled
23 meeting to discuss revisions to a pending plea agreement.  The
24 purpose of the meeting is to provide an opportunity for the
25 government to review defense investigation and information
26 pertinent to the proposed resolution.
27      The parties requested a continued status conference date of
28 September 8, 2011.  In light of the above circumstances, the

                                1

1  government and Defendant agreed that an exclusion of time would
2  be appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4
3  (reasonable time to prepare).
4      Attorney Robert L. Forkner agrees to this request on behalf
5  of his client and has authorized Assistant United States Attorney
6  Todd D. Leras to sign this stipulation on his behalf.  Both
7  parties request that the Court find that the ends of justice
8  outweigh the best interest of the public and Defendant in a
9  speedy trial based on the pending exchange of information related
10 to settlement discussions.

11 DATED: August 1, 2011        By: /s/ Todd D. Leras
                                    TODD D. LERAS
12                                  Assistant U.S. Attorney

13

14 DATED: August 1, 2011        By: /s/ Todd D. Leras for
                                    ROBERT L. FORKNER
15                                  Attorney for Defendant
                                    RIGOBERTO OSEGUERA-PEREZ

2

**ORDER**

**IT IS HEREBY ORDERED:**

1. A status conference is set for September 8, 2011, at 10:00 a.m.

2. Based on the parties' representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through September 8, 2011.

IT IS SO ORDERED

DATED: August 2, 2011.

_____
UNITED STATES DISTRICT JUDGE